PLAINTIFF

      VS.

DEFENDANT

                                        CIVIL ACTION NO.

**DOCUMENT FILED IN ERROR**
**DUPLICATE FILING**